| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | KIMBERLY A. SANCHEZ<br>Assistant U.S. Attorney |
| 3 | 2500 Tulare Street<br>Suite 4401 |
| 4 | Fresno, California 93721<br>Telephone: (559) 497-4000 |



FILED
OCT 21 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY 
   DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

1:08 SW 00256 GSA

IN THE MATTER OF:                )    S.W. NO.
                                 )
                                 )    **UNDER SEAL**
10409 Redwood Blvd.              )
California City, California      )    SEALING ORDER
93505                            )
                                 )
1117 Pinot Noir Street           )
Los Banos, California            )
                                 ).
9024 Evelyn Avenue
California City, California
93505

2520 Floyd Avenue
Modesto, California 95355

     The United States of America, having applied to this Court, for an Order permitting it to file the search warrant and applicant and affidavit in the above-entitled proceedings, together with its Application to Seal, Memorandum of Points and Authorities and the accompanying Declaration of Kimberly A. Sanchez, under seal, and good cause appearing therefor,

1

1   IT IS HEREBY ORDERED that the search warrant affidavit in
2 the above-entitled proceeding, together with the Application To
3 Seal of the United States Attorney and the accompanying
4 Memorandum of Points and Authorities and Declaration of
5 Kimberly A. Sanchez, shall be filed with the Court in camera,
6 under seal and shall not be disclosed pending further order of
7 this court.

DATED: 10/20/08

Gary S. Austin
U.S. Magistrate Judge